**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALENTE RAMOS,

    Petitioner,

  v.

RANDY GROUNDS,

    Respondent.
_____/

No. C 12-0614 YGR (PR)

**JUDGMENT**

    The action having been dismissed, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED**.

DATED: November 6, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

No. C 12-0614 YGR (PR)
JUDGMENT